(108 So. 616)

## LOUISVILLE & N. R. CO. v. Cecil FRIZZLE. (3 Div. 759.)

(Supreme Court of Alabama. May 20, 1926. Rehearing Denied June 10, 1926.)

Certiorari to Court of Appeals.

C. P. McIntyre, of Montgomery, for petitioner.

Weil, Stakely & Vardaman and S. H. Dent, all of Montgomery, opposed.

BOULDIN, J. Petition of the Louisville & Nashville Railroad Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Louisville & N. R. R. Co. v. Frizzle, 108 So. 615.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

(108 So. 617)

## Ben WIX v. STATE.  (6 Div. 664.)

(Supreme Court of Alabama. March 25, 1926. Rehearing Denied June 10, 1926.)

Certiorari to Court of Appeals.

W. E. James, of Cullman, for petitioner.
Harwell G. Davis, Atty. Gen., for the State.

BOULDIN, J. Petition of Ben Wix for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Wix v. State, 108 So. 616.

Writ denied.

SOMERVILLE, THOMAS, and MILLER, JJ., concur.